UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL GESCHKE,<br><br>                           Plaintiff,<br><br>     v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>                           Defendant. | Case No. C13-1069-MJP-BAT<br><br>**ORDER AFFIRMING THE COMMISSIONER AND DISMISSING THE CASE** |

The Court, after careful consideration of plaintiff's complaint, the Commissioner's brief, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the balance of the record, and noting no objections were filed, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) The Commissioner's decision is **AFFIRMED** and the case is **DISMISSED** with prejudice.

(3) The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

DATED this 7th day of April, 2014.

Marsha J. Pechman
Chief United States District Judge

ORDER AFFIRMING THE COMMISSIONER AND DISMISSING THE CASE - 1